```
                UNITED STATES DISTRICT COURT
                          FOR THE
                    DISTRICT OF VERMONT
```

William Davidson, a/k/a          :
Jason Wright                     :
        Plaintiff,                :
                                 :
        v.                       : File No. 2:10 CV 199
                                 :
State of Vermont,                :
    Defendants.                  :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed August 18, 2010.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The motion for leave to proceed in forma pauperis is GRANTED.  Since Plaintiff has filed a motion to amend complaint, the matter is remanded to the Magistrate Judge.

Dated at Burlington, in the District of Vermont, this 22nd day of October, 2010.

                                    <u>/s/ William K. Sessions III</u>
                                    William K. Sessions III
                                    Chief Judge